IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

V.

THOMAS C. LOVETTE,

DEFENDANT

Case No. 2:15-cr-00895

# MOTION FOR MAGISTRATE JUDGE TO MAKE DETERMINATION AS TO BOND

TO THE HONORABLE COURT:

The Defendant in the above styled and numbered cause, Thomas C. Lovette, respectfully files this, his Motion for Magistrate Judge to make determination as to bond, and would show unto the Court as follows:

## I.

The Defendant and Counsel, Scott F. Lemanski, made appearance at a preliminary SRT hearing on December 23, 2015, before the Honorable Jason Libby, United States Magistrate Judge.

## II.

The Defendant, through Counsel, raised the issue of setting bond for Defendant pending final hearing in this case.

## III.

Judge Libby advised Defendant and Counsel that he, as U.S. Magistrate Judge did not have the independent authority to make a ruling as to bond because the Honorable Nelva

Gonzalez-Ramos, United States District Judge, had signed Defendant's arrest warrant in this case.

### IV.

Defendant through Counsel respectfully requests that Judge Ramos grant Judge Libby authority to make a determination as to whether bond should be set for Defendant.

### V.

Thomas C. Lovette prays that the Court enter an Order allowing the Honorable Jason Libby authority to make a determination as to whether bond should be set for Defendant.

Scott F. Lemanski, Attorney at Law
400 Mann Street, Suite 700
Corpus Christi, TX 78401
361-779-6036 PH
361-271-1414 FX

By: _____
Scott F. Lemanski
State Bar No. 24041325

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant Thomas C. Lovette's Motion for Magistrate Judge to make Determination as to Bond was faxed to (361-888-3200) Gloria Hoover, Assistant United States Attorney's Office on the 23nd day of December, 2015.

_____
Scott F. Lemanski

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

V.

THOMAS C. LOVETTE,

DEFENDANT

Case No. 2:15-cr-00895

**ORDER ON DEFENDANT THOMAS C. LOVETTE'S MOTION FOR MAGISTRATE JUDGE TO MAKE DETERMINATION AS TO BOND**

The Defendant Thomas C. Lovette's Motion for Magistrate Judge to make Determination as to Bond is hereby:

_____  GRANTED

_____  DENIED

Signed in Corpus Christi, Texas on this the _____ day of _____, 2015.

_____
United States District Judge